Jeffrey L. Braun
Jbraun@kramerlevin.com
Natan Hamerman
Nhamerman@kramerlevin.com
Julie Weiswasser
Jweiswasser@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel. (212) 715-9100
Fax (212) 715-8000
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

904 TOWER APARTMENT LLC and MADISON
APARTMENT 905 LLC,

      Plaintiffs,

  - against -

THE MARK HOTEL LLC, MARK HOTEL
SPONSOR LLC, and ALEXICO GROUP, LTD.

      Defendants.

------------------------------------------------------------x

10 Civ. 9701 (LLS) (RLE)

## STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

KL3 2811791.1

counsel for the defendants hereby certifies that there are no publicly held corporate parents, affiliates and/or subsidiaries of said parties.

Dated:  New York, New York
        January 18, 2011

                        KRAMER LEVIN NAFTALIS
                          &FRANKEL LLP
                        Attorneys for Defendants

By: /s/ Jeffrey L. Braun
      Jeffrey L. Braun
      Natan M. Hamerman
      Julie M. Weiswasser

1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

KL3 2811791.1