Jeffrey L. Braun
Jbraun@kramerlevin.com
Natan Hamerman
Nhamerman@kramerlevin.com
Julie Weiswasser
Jweiswasser@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel. (212) 715-9100
Fax (212) 715-8000
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

904 TOWER APARTMENT LLC and MADISON
APARTMENT 905 LLC,

                     Plaintiffs,

- against -

THE MARK HOTEL LLC, MARK HOTEL
SPONSOR LLC, and ALEXICO GROUP, LTD.

                     Defendants.
-----------------------------------------------------------------x

10 Civ. 9701 (LLS) (RLE)

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the defendants, is admitted to practice before this Court and is registered with this Court's ECF system.

Dated:  New York, New York     KRAMER LEVIN NAFTALIS & FRANKEL LLP
           January 18, 2011             Attorneys for Defendants

                                    By: /s/ Natan Hamerman
                                        Natan Hamerman (Nhamerman@kramerlevin.com)

                                        1177 Avenue of the Americas
                                        New York, New York 10036
                                        (212) 715-9100

KL3 2811799.1