Jeffrey L. Braun
Jbraun@kramerlevin.com
Natan Hamerman
Nhamerman@kramerlevin.com
Julie Weiswasser
Jweiswasser@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel. (212) 715-9100
Fax (212) 715-8000
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

904 TOWER APARTMENT LLC and MADISON APARTMENT 905 LLC,

           Plaintiffs,

- against -

THE MARK HOTEL LLC, MARK HOTEL SPONSOR LLC, and ALEXICO GROUP, LTD.

           Defendants.

-------------------------------------------------------------x

10 Civ. 9701 (LLS) (RLE)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the defendants, is admitted to practice before this Court and is registered with this Court's ECF system.

Dated:  New York, New York
          January 18, 2011

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Attorneys for Defendants

By: /s/ Julie Weiswasser
    Julie Weiswasser (Jweiswasser@kramerlevin.com)
    1177 Avenue of the Americas
    New York, New York 10036
    (212) 715-9100