ORIGINAL

STANTON/J

Jeffrey L. Braun
jbraun@kramerlevin.com
Natan Hamerman
nhamerman@kramerlevin.com
Julie Weiswasser
jweiswasser@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel. (212) 715-9100
Fax (212) 715-8000
Attorneys for Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-19-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

904 TOWER APARTMENT LLC and MADISON
APARTMENT 905 LLC,

        Plaintiffs,

- against -

THE MARK HOTEL LLC, MARK HOTEL
SPONSOR LLC, and ALEXICO GROUP, LTD.

        Defendants.

------------------------------------x

10 Civ. 9701 (LLS) (RLE)

**STIPULATION AND
~~PROPOSED~~ ORDER**    LLS

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel to the parties in this action, as follows:

    1.    Defendants' time to answer or otherwise respond to the complaint in this action shall be and hereby is adjourned to February 25, 2011.

    2.    Defendants hereby waive any personal jurisdiction defense including, without limitation, any defense based upon the manner or sufficiency of service of process.

3. This stipulation and order may be executed and delivered in counterparts and by facsimile or electronic transmission. Each counterpart so transmitted shall be deemed an original, and all of the counterparts collectively shall be deemed a single document.

Dated: New York, NY
January 12, 2011

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP
Attorneys for Plaintiffs

By _____
David A. Pellegrino
Carl D. LeSueur

900 Third Avenue
New York, NY 10022
(212) 508-6700

KRAMER LEVIN NAFTALIS
& FRANKEL LLP
Attorneys for Defendants

By _____
Jeffrey L. Braun
Natan M. Hamerman
Julie M. Weiswasser

1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

SO ORDERED:

_____
Hon. Louis L. Stanton, U.S.D.J.

1/19/11

2

KL3 2811782.1