ORIGINAL

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-11

JEFFREY L. BRAUN
PARTNER
PHONE (212) 715-7830
FAX (212) 715-8000
JBRAUN@KRAMERLEVIN.COM

March 31, 2011

**BY HAND**

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

APR 01 2011

Re: 904 Tower Apartment LLC, et al. v. The Mark Hotel LLC, et al.,
    10 Civ. 9701 (LLS)

Dear Judge Stanton:

We represent the defendants in the referenced action and write to request the Court's permission to file hard copies of two motion exhibits that are too large to e-file.

Defendants' answer is due on Monday, April 4, 2011. We have prepared a motion to dismiss. One ground of the motion is that this action is barred under *res judicata* and collateral estoppel because plaintiffs previously submitted this dispute to the New York State Attorney General for resolution in a quasi-judicial administrative proceeding, and obtained a ruling adverse to them.

We believe that the exhibits to our motion should include the two sides' submissions on which the Attorney General's determination was based. However, these submissions are too voluminous to e-file. Therefore, we request that the Court permit us to file hard copies of these two exhibits.

Thank you for your attention to this request.

Respectfully submitted,

Jeffrey L. Braun

*granted.
Louis L. Stanton
4/1/11*

JLB:mm
cc:   Tannenbaum Helpern Syracuse & Hirschtritt LLP
      Att'n David A. Pellegrino, Esq.
      Attorneys for Plaintiffs