Jeffrey L. Braun
Natan M. Hamerman
Kramer Levin Naftalis & Frankel LLP
Attorneys for Defendants
1177 Avenue of the Americas
New York, New York 10036
Tel.  (212) 715-9100
Fax  (212) 715-8000

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
904 TOWER APARTMENT LLC and MADISON      :
APARTMENT 905 LLC,                                            :     10 Civ. 9701 (LLS)
                                                              :
                         Plaintiffs,    :
                                                              :
          -against-                                          :
                                                              :
THE MARK HOTEL LLC, MARK HOTEL             :     **NOTICE OF MOTION**
SPONSOR LLC, THE MARK HOTEL OWNERS    :
CORP., ALEXICO GROUP, LTD., 205 EAST 45    :
LLC, SIMON ELIAS, IZAK SENBAHAR and        :
JOHN DOES 1-10,                                               :
                                                              :
                        Defendants.    :
                                                              :
------------------------------------------------------------- x

       PLEASE TAKE NOTICE that, upon the annexed declaration of Jeffrey L. Braun dated March 31, 2011, and the exhibits thereto, and the accompanying memorandum of law, the undersigned will move this Court, before The Honorable Louis L. Stanton, United States District Judge, at Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, in accordance with Local Rule 6.1, for an order (1) dismissing the Second Amended Complaint in this action pursuant to the doctrines of *res judicata* and collateral estoppel, and pursuant to Rule 12(b)(6), F.R.Civ.P., on the ground that it fails to state a claim for which relief can be granted, and (2) granting defendants such other and

- 2 -

further relief as is just and proper, including their costs and reasonable attorneys' fees in accordance with the parties' agreements.

Dated: New York, NY
April 4, 2011

        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        Attorneys for Defendants

        By: /s/  Jeffrey L. Braun
            Jeffrey L. Braun
            (jbraun@kramerlevin.com)
            Natan M. Hamerman
            (nhamerman@kramerlevin.com)

        1177 Avenue of the Americas
        New York, New York 10036
        (212) 715-9100

To:    TANNENBAUM HELPERN SYRACUSE
       & HIRSCHTRITT LLP
       Attorneys for Plaintiffs
       900 Third Avenue
       New York, New York 10022
       (212) 508-6700

Index No. 10 Civ. 9701

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

904 TOWER APARTMENT LLC and MADISON APARTMENT 905 LLC,,

          Plaintiffs,

      - against -

THE MARK HOTEL LLC, MARK HOTEL SPONSOR LLC, THE MARK HOTEL OWNERS CORP., ALEXICO GROUP, LTD., 205 EAST 45 LLC, SIMON ELIAS, IZAK SENBAHAR and JOHN DOES 1-10,,

          Defendants.

---

NOTICE OF MOTION

---

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*Attorneys for Defendants*

1177 Avenue of the Americas   New York, New York  10036
(212) 715-9100

*All communications should be referred to:*
Jeffrey L. Braun, Esq.
Natan M. Hamerman, Esq.