Jeffrey L. Braun
Natan Hamerman
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel. (212) 715-9100
Fax (212) 715-8000
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
904 TOWER APARTMENT LLC and MADISON   :
APARTMENT 905 LLC,                                           :     10 Civ. 9701 (LLS) (RLE)
                                                             :
                    Plaintiffs,                              :     **NOTICE OF APPEARANCE**
                                                             :
        - against -                                          :
                                                             :
                                                             :
THE MARK HOTEL LLC, MARK HOTEL                               :
SPONSOR LLC, and ALEXICO GROUP, LTD.                         :
                                                             :
                    Defendants.                              :
                                                             :
-------------------------------------------------------------x

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the defendants, is admitted to practice before this Court and is registered with this Court's ECF system.


Dated:  New York, New York         KRAMER LEVIN NAFTALIS & FRANKEL LLP
        April 5, 2011              Attorneys for Defendants


                                   By: /s/ Matthew B. Moses
                                        Matthew B. Moses (mmoses@kramerlevin.com)
                                        1177 Avenue of the Americas
                                        New York, New York 10036
                                        (212) 715-9100

KL3 2824025.1