ORIGINAL

STANTON, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-26-11
```

------------------------------------x

904 TOWER APARTMENT LLC and MADISON APARTMENT 905 LLC,

        Plaintiffs,

- against -

THE MARK HOTEL LLC, MARK HOTEL SPONSOR LLC, and ALEXICO GROUP, LTD.

        Defendants.

------------------------------------x

10 Civ. 9701 (LLS) (RLE)

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel to the parties in this action, as follows:

1. Plaintiffs' time to submit papers in opposition to the Defendants' motion to dismiss shall be and hereby is adjourned to May 13, 2011.

2. Defendants time to submit papers in reply to Plaintiffs' opposition to the Defendants' motion to dismiss shall be and hereby is adjourned until June 10, 2011.

3. This stipulation and order may be executed and delivered in counterparts and by facsimile or electronic transmission. Each counterpart so transmitted shall be deemed an

[939545-1]

original, and all of the counterparts collectively shall be deemed a single document.

Dated: New York, NY
April 25, 2011

| TANNENBAUM HELPERN SYRACUSE | KRAMER LEVIN NAFTALIS |
| & HIRSCHTRITT LLP | & FRANKEL LLP |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

By _____
David A. Pellegrino
Carl D. LeSueur

By _____
Jeffrey L. Braun
Natan M. Hamerman

900 Third Avenue
New York, NY 10022
(212) 508-6700

1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

SO ORDERED:

_Louis L. Stanton_
Hon. Louis L. Stanton, U.S.D.J.

4/25/11

[939545-1]