ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/11
```

STANTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
904 TOWER APARTMENT LLC and MADISON   :   10 Civ. 9701 (LLS) (RLE)
APARTMENT 905 LLC,                    :
                                      :
            Plaintiffs,               :
                                      :   **STIPULATION AND**
      - against -                     :   **[PROPOSED] ORDER**
                                      :
THE MARK HOTEL LLC, MARK HOTEL        :
SPONSOR LLC, and ALEXICO GROUP, LTD.  :
                                      :
            Defendants.               :
------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel to the parties in this action, as follows:

1. Plaintiffs' time to serve papers in opposition to Defendants' Motion to Dismiss shall be and hereby is adjourned to June 10, 2011.

2. Defendants' time to serve papers in reply in support of Defendants' Motion to Dismiss shall be and hereby is adjourned to June 30, 2011.

3. This stipulation and order may be executed and delivered in counterparts and by facsimile or electronic transmission. Each counterpart so transmitted shall be deemed an original, and all of the counterparts collectively shall be deemed a single document.

LLS

[940693-1]

Dated: New York, NY
May 13, 2011

| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

By _____
David A. Pellegrino
Carl D. LeSueur

By _____
Jeffrey L. Braun
Natan M. Hamerman

900 Third Avenue
New York, NY 10022
(212) 508-6700

1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

SO ORDERED:

_____
Hon. Louis L. Stanton, U.S.D.J.

[940693-1]