UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
904 Tower Apartment LLC and
Madison Apartment 905 LLC      Plaintiff,

Case No. 10 cv 9701 (LLS)

-against-

The Mark Hotel LLC, Mark Hotel
Sponsor LLC, et al      Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## Carl David Lesueur
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CL-0315     My State Bar Number is 4357075

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Tannenbaum Helpern Syracuse & Hirschtritt LLP
            FIRM ADDRESS: 900 Third Avenue, New York, NY 10022
            FIRM TELEPHONE NUMBER: 212-508-6792
            FIRM FAX NUMBER: 212-858-6792

NEW FIRM:   FIRM NAME: Phillips Nizer LLP
            FIRM ADDRESS: 666 Fifth Avenue, New York NY 10103
            FIRM TELEPHONE NUMBER: 212-977-9700
            FIRM FAX NUMBER: 212-262-5152

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 8/2/11

ATTORNEY'S SIGNATURE