

**ORIGINAL**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
904 TOWER APARTMENT LLC and MADISON :
APARTMENT 905 LLC,
                                                              :
                              Plaintiffs,                     :
                                                              :    Case No. 10 cv 9701 (LLS)
           v.                                                 :
                                                              :
THE MARK HOTEL LLC, MARK HOTEL                                :
SPONSOR LLC, THE MARK HOTEL OWNERS                            :    **NOTICE OF SUBSTITUTION OF**
CORP., ALEXICO GROUP, LTD., 205 EAST 45                       :    **COUNSEL AND [PROPOSED]**
LLC, SIMON ELIAS, IZAK SENBAHAR, and                          :    **ORDER**
JOHN DOES 1-10                                                :
                                                              :
                              Defendants.                     :
-------------------------------------------------------------- x

**TO THE CLERK OF COURT AND ALL COUNSEL AND PARTIES OF RECORD:**

   **PLEASE TAKE NOTICE** that Plaintiffs 904 Tower Apartment LLC and Madison

Apartment 905 LLC hereby substitute Phillips Nizer LLP, 666 Fifth Avenue, New York, NY

10103, Telephone (212) 841-0791 as its attorney of record in place of Tannenbaum Helpern

Syracuse & Hirschtritt LLP, 900 Third Avenue, New York, NY 10022, Telephone: (415) 391-

5400. All notices given or required to be given, and all papers to be filed or served or required to

be served in the above captioned matter shall henceforth be provided to and served upon counsel

at the address set forth below:

   PHILLIPS NIZER LLP
   666 Fifth Avenue
   New York, NY 10103
   Telephone: (212) 977-9700
   Facsimile: (212) 262-5152

   David A. Pellegrino
   dpellegrino@phillipsnizer.com

   Carl D. LeSueur
   clesueur@phillipsnizer.com

1130797.1

We the undersigned consent to the above substitution of counsel.

Dated: New York, New York
July 27, 2011

904 Tower Apartment LLC

By: _____
Sol Israel
Manager

Madison Apartment 905 LLC

By: _____
Sol Israel
Manager

PHILLIPS NIZER LLP

By: _____
David A. Pellegrino
666 Fifth Avenue
New York, NY 10103
Incoming Attorneys for Plaintiffs

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By: _____
Vincent J. Syracuse
900 Third Avenue
New York, NY 10022

IT IS SO ORDERED

Dated: August 2, 2011

_____
Hon. Louis L. Stanton
United States District Judge

1150797.1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
904 TOWER APARTMENT LLC and MADISON :
APARTMENT 905 LLC,                                           :
                                                             :
                                       Plaintiffs,           :
                                                             :   Case No. 10 cv 9701 (LLS)
                         v.                                  :
                                                             :
THE MARK HOTEL LLC, MARK HOTEL                               :
SPONSOR LLC, THE MARK HOTEL OWNERS                           :   **DECLARATION OF DAVID A.**
CORP., ALEXICO GROUP, LTD., 205 EAST 45                      :   **PELLEGRINO IN SUPPORT OF**
LLC, SIMON ELIAS, IZAK SENBAHAR, and                         :   **NOTICE OF SUBSTITUTION OF**
JOHN DOES 1-10                                               :   **COUNSEL**
                                                             :
                                       Defendants.           :
------------------------------------------------------------- x

**David A. Pellegrino**, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declares as follows:

1. I am a member of the law firm of Phillips Nizer LLP, with its offices located at 666 Fifth Avenue, New York, NY 10103 and, until recently, a member of Tannenbaum Helpern Syracuse & Hirschtritt LLP, the law firm which is now being substituted out as counsel for the plaintiff. I am a member in good standing of the Bar of the State of New York, and am admitted to practice before this Court.

*Substitution of Phillips Nizer LLP for Tannenbaum Helpern Syracuse & Hirschtritt LLP*

2. Under Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, I respectfully submit this declaration in support of the substitution of Phillips Nizer LLP for Tannenbaum Helpern Syracuse & Hirschtritt LLP

("Tannenbaum") as counsel and attorneys of record for Plaintiffs 904 Tower Apartment LLC and Madison Apartment 905 LLC (together, "Plaintiffs") in the above-captioned matter.

3. The substitution is on consent. Plaintiffs wish to substitute Phillips Nizer LLP for Tannenbaum. Together with this Declaration, I submit a Notice of Substitution and Proposed Order that has been signed by Vincent J. Syracuse, a member of Tannenbaum, and by Sol Israel, Manager of Plaintiffs.

### *Posture of the Case*

4. The Complaint in this action was filed on December 30, 2010. The Second Amended Complaint was filed on March 3, 2011. The Defendants' motion to dismiss was filed on February 25, 2011. The Plaintiffs' papers in opposition to the motion to dismiss were filed on May 13, 2011, and the Defendants' reply papers were filed on June 10, 2011. A date for oral argument on the motion to dismiss has not yet been set.

5. In light of the fact that this matter is still at an early stage and because I was previously involved with this matter while at Tannenbaum, I do not believe that the proposed substitution will cause any undue delay or in any way prejudice the defendant in this matter.

6. I submit herewith the Notice of Substitution of Counsel and [Proposed] Order substituting Phillips Nizer LLP in the place and stead of Tannenbaum as counsel and attorneys of record in the above-captioned matter.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 2, 2011

/s/David A. Pellegrino
David A. Pellegrino, Esq.

1150814.1